B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re **Gold Horses, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Special Procedures<br>Stop 5022 AUS<br>300 East 8th Street<br>Austin, TX 78701 | Internal Revenue Service<br>Special Procedures<br>Stop 5022 AUS<br>Austin, TX 78701 | | Disputed | 6,745,585.97 |
| Humana Insurance<br>c/o Rhonda Marsh<br>101 E. Main Street<br>Louisville, KY 40202 | Humana Insurance<br>c/o Rhonda Marsh<br>101 E. Main Street<br>Louisville, KY 40202 | August 2015 Invoice | | 249,851.93 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | 189,662.78 |
| Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>Tax-Collections<br>101 E. 15th Street<br>Austin, TX 78778-0001 | | | 58,012.47 |
| Invacare<br>9 Industrial Road<br>Milford, MA 01757 | Invacare<br>9 Industrial Road<br>Milford, MA 01757 | | | 30,613.74 |
| San Antonio Express<br>(Hearst Service Center)<br>P.O. Box 80087<br>Prescott, AZ 86304-8087 | San Antonio Express<br>(Hearst Service Center)<br>P.O. Box 80087<br>Prescott, AZ 86304-8087 | | | 15,559.40 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | | 9,671.53 |
| Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | Office Depot<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | | | 8,996.51 |
| Xerox Capital Services, LLC<br>PO BOX 660501<br>DALLAS, TX 75266-0501 | Xerox Capital Services, LLC<br>PO BOX 660501<br>DALLAS, TX 75266-0501 | | | 8,459.39 |
| Corpus Christi Caller Times<br>Dept. 0976<br>P. O. Box 630792<br>Cincinnati, OH 45263-0792 | Corpus Christi Caller Times<br>Dept. 0976<br>P. O. Box 630792<br>Cincinnati, OH 45263-0792 | | | 8,411.95 |

B4 (Official Form 4) (12/07) - Cont.

In re **Gold Horses, LLC**
Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Healthcare First<br>5340 N. Towne Center Dr.<br>Ozark, MO 65721 | Healthcare First<br>5340 N. Towne Center Dr.<br>Ozark, MO 65721 | | | 8,156.78 |
| Dorella Alamosa<br>3926 E. Hwy 44<br>Alice, TX 78332 | Dorella Alamosa<br>3926 E. Hwy 44<br>Alice, TX 78332 | | | 6,350.68 |
| Neopost<br>PO Box 30193<br>Tampa, FL 33630-3193 | Neopost<br>PO Box 30193<br>Tampa, FL 33630-3193 | Stamps and Equipment | | 5,518.70 |
| Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | | | 3,735.32 |
| Health Care Logistics<br>P.O. Box 25<br>Circleville, OH 43113-0025 | Health Care Logistics<br>P.O. Box 25<br>Circleville, OH 43113-0025 | | | 1,274.53 |
| Office System<br>PO Box 7593<br>Waco, TX 76714-7593 | Office System<br>PO Box 7593<br>Waco, TX 76714-7593 | | | 801.03 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **08/10/15**          Signature  *(signed)*
                                       **Andres Elizondo, II**
                                       **Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.